**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| AGGREKO, LLC, a Delaware limited liability company, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| J & J RENTAL, LLC, a North Dakota limited liability company, | ) ) ) | Case No. 1:19-cv-052 |
| Defendant. | ) ) | |

On October 10, 2019, the parties filed a Joint Motion for Temporary Stay. They advise that they have settled certain issues raised in Aggreko's Complaint and have agreed on a procedure to attempt to resolve the remaining issues. They seek an order stay this case for 120 days while they work through their agreed-upon process.

The court **GRANTS** the motion (Doc. No. 20). The above-entitled action shall be stayed pending further order of the court. The parties shall submit a status report in 120 days advising the court on the status of their settlement efforts and how they want to proceed.

**IT IS SO ORDERED.**

Dated this 15th day of October, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court